IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RENARDO L. CARTER,

                           Petitioner,                                ORDER

      v.

                                                             11-cv-320-wmc

WARDEN TEAGELS,

                           Respondent.

---

        This is a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254.  On May 11, 2011, I issued an order directing respondent Warden Teagels to respond to petitioner Renardo Carter's challenge to his Wood County conviction in case no. 2004-CF-393.  Unfortunately, respondent Warden Teagels never received the May 11, 2011 order due to a clerical error.  The Assistant Attorney General for the Wisconsin Department of Justice was not added to the docket sheet in this case so he never received notice of the order.  AAG Gregory Weber now has been added to the docket sheet and will receive notices in this case.

        Therefore, respondent Warden Teagels may have until July 15, 2011, to file a response to petitioner's petition for a writ of habeas corpus.  The briefing instructions regarding the answer or motion to dismiss and responses that are set out in the May 11, 2011 order remain.  For reference, I am including a copy of the May 11, 2011 order along with this order.

        Entered this 14th day of June, 2011.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge