IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RENARDO L. CARTER,

    Petitioner,                                      JUDGMENT IN A CIVIL CASE

v.                                            Case No. 11-cv-320-wmc

LIZZIE TEGELS, Warden,
New Lisbon Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Renardo L. Carter for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case with prejudice.

| /s/ | 10/9/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |